George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 E. Burnside St., Suite 130
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Wanda McCaulley

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Wanda McCaulley, ) | Case No.: 3:17-cv-00970-TC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| ) | |
| Nancy Berryhill, ) | |
| Acting Commissioner, ) | |
| Social Security Administration ) | |
| ) | |
| Defendant. ) | |

After considering the Plaintiff's motion for dismissal, it is hereby ORDERED that dismissal is granted.

IT IS SO ORDERED this _30_ day of _July_, 2018.

_____
UNITED STATES DISTRICT JUDGE

Page 1 – MOTION TO DISMISS COMPLAINT